# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREET RETAIL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:24-cv-00731-RGA |
| v. | ) |
| | ) |
| CURT MANUFACTURING, LLC | ) |
| U-HAUL INTERNATIONAL, INC., | ) |
| HYUNDAI MOTOR AMERICA, and | ) |
| PETER BENZINGER, and | ) |
| KATHARINE BENZINER, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT U-HAUL INTERNATIONAL, INC.'S NOTICE
OF JOINDER OF DEFENDANT CURT MANUFACTURING, LLC'S
MOTION TO DISMISS**

Defendant, U-Haul International, Inc., by and through its undersigned attorneys, hereby respectfully joins Defendant Curt Manufacturing, LLC's Motion To Dismiss for the reasons set forth in Defendant Curt Manufacturing's Motion and accompanying Memorandum.

**TYBOUT, REDFEARN & PELL**

 */s/ Shae Chasanov*
Shae Chasanov, Esquire (#4995)
501 Carr Road, Suite 300
P.O. Box 2092
Wilmington, DE  19899-2092
(302) 658-6901
SChasanov@TRPLaw.com

**CHARTWELL LAW**

 /s/ Anthony R. Signoracci
Anthony R. Signoracci, Esquire
205 Newbury Street, Suite 101
Framingham, MA 01701
(617) 302-8687
asignoracci@chartwelllaw.com
*Attorneys for Defendant U-Haul International, Inc.*

Dated:  August 16, 2024